UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 10-54 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| ELIJAH AGAPE CAIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Offense charged: Conspiracy to Possess Cocaine with Intent to Distribute; Possession of a

Firearm in Furtherance of a Drug Trafficking Crime

Date of Detention Hearing: February 17, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant was not interviewed by Pretrial Services. Most of his background

DETENTION ORDER                                                                                                     PAGE 1

information is unknown or unverified. Defendant does not contest detention.

(2) Defendant's past criminal history includes numerous felonies, with bench warrant activity related to failures to appear. There is an active outstanding felony warrant from King County for Assault 2nd Degree–Strangulation.

(3) Defendant poses a risk of nonappearance due to unknown or unverified background information, a long history of warrant activity, pending state charges including Attempt to Elude, and an outstanding felony warrant. He poses a risk of danger due to the nature of the charges and criminal history, which includes several violence-related charges.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

01     (4)    The clerk shall direct copies of this Order to counsel for the United States, to

02                counsel for the defendant, to the United States Marshal, and to the United States

03                Pretrial Services Officer.

04 DATED this <u>17th</u> day of February, 2010.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge